UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARK BUCKNER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TEMPEL STEEL COMPANY, LLC,<br><br>Defendant. | Case No. 1:25-cv-04022 |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Mark Buckner hereby gives notice that his claims in this action against Defendant Tempel Steel Company, LLC, are hereby voluntarily dismissed without prejudice, with each party to bear its own costs and attorneys' fees.

Dated: July 21, 2025　　　　　　By: */s/ Cassandra P. Miller*
　　　　　　　　　　　　　　　　　　Cassandra P. Miller
　　　　　　　　　　　　　　　　　　**STRAUSS BORRELLI PLLC**
　　　　　　　　　　　　　　　　　　One Magnificent Mile
　　　　　　　　　　　　　　　　　　980 N Michigan Avenue, Suite 1610
　　　　　　　　　　　　　　　　　　Chicago IL, 60611
　　　　　　　　　　　　　　　　　　Telephone: (872) 263-1100
　　　　　　　　　　　　　　　　　　Facsimile: (872) 263-1109
　　　　　　　　　　　　　　　　　　cmiller@straussborrelli.com

　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff and the Proposed Class*

1

## **CERTIFICATE OF SERVICE**

      I, Cassandra Miller, hereby certify that on July 21, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 21st day of July, 2025.

                              STRAUSS BORRELLI PLLC

                              By:  */s/ Cassandra Miller*
                                    Cassandra Miller
                                    STRAUSS BORRELLI PLLC
                                    One Magnificent Mile
                                    980 N Michigan Avenue, Suite 1610
                                    Chicago IL, 60611
                                    Telephone: (872) 263-1100
                                    Facsimile: (872) 263-1109
                                    cmiller@straussborrelli.com